PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Sep 26, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DONTAE JEROME JONES, JR., YASMIN CHARISSE MILLETT, AND JOMYA MAURIYNE FUTCH, <br><br> Defendants. | CASE NO. 2:24-cr-0267 TLN <br><br> [PROPOSED] SEALING ORDER <br><br> **UNDER SEAL** |

**SEALING ORDER**

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment, the United States' petition to seal, and the Order to Seal in the above captioned matter shall be filed under seal and shall not be disclosed to any person, unless otherwise ordered by the Court.

Dated: September 26, 2024

_/s/ Chi Soo Kim_
HONORABLE CHI SOO KIM
U.S. MAGISTRATE JUDGE