PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONTAE JEROME JONES, JR., YASMIN CHARISSE MILLETT, and JOMYA MAURIYNE FUTCH,<br><br>Defendants. | CASE NO. 2:24-CR-00267 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE: October 31, 2024<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Attorney Mark Reichel, counsel for defendant Dontae Jerome Jones, Jr., Assistant Federal Defender Mia Crager, counsel for defendant Yasmin Charisse Millett, and Attorney Tasha Chalfant, counsel for defendant JoMya Mauriyne Futch that the status conference scheduled for October 31, 2024, be continued to **November 7, 2024, at 9:30 a.m.**

The government expects to disclose a significant portion of the discovery by October 25, 2024. Defense counsel requires additional time to complete their review of discovery and investigation. The requested continuance will allow the time necessary for the defense to conduct their investigations. and for the defendants to determine how best to proceed in this case.

STIPULATION AND ORDER       1

Accordingly, the parties request that the status conference in this matter be reset for November 7, 2024. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable from October 31, 2024 through November 7, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

Dated: October 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ WHITNEE GOINS
WHITNEE GOINS
Assistant United States Attorney


/s/ MARK REICHEL
MARK REICHEL
Attorney for Defendant
DONTAE JEROME JONES, JR.


/s/ MIA CRAGER
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
YASMIN CHARISSE MILLETT


/s/ TASHA CHALFANT
TASHA CHALFANT
Attorney for Defendant
JOMYA MAURIYNE FUTCH

STIPULATION AND ORDER    2

# **O R D E R**

**IT IS HEREBY ORDERED** that the status conference scheduled for October 31, 2024, at 9:30 a.m. is continued to **November 7, 2024, at 9:30 a.m.**  The time period between October 31, 2024 and November 7, 2024, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  October 18, 2024

_____
Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER                              3