PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONTAE JEROME JONES, JR., YASMIN CHARISSE MILLETT, AND JOMYA MAURIYNE FUTCH,<br><br>Defendants. | CASE NO. 2:24-CR-00267 TLN<br><br>PROPOSED ORDER AUTHORIZING DISCLOSURE OF GRAND JURY INFORMATION FOR DISCOVERY PURPOSES |

Upon application of the United States of America and pursuant to Federal Rule of Criminal Procedure 6(e)(3)(E)(i):

IT IS HEREBY ORDERED that the United States is authorized to disclose grand jury transcripts related to this case to defendants as discovery.

Dated:  October 29, 2024

_____
THE HONORABLE TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1