MICHELE BECKWITH
Acting United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONTAE JEROME JONES, JR.,<br>YASMIN CHARISSE MILLETT, and<br>JOMYA MAURIYNE FUTCH,<br><br>Defendants. | CASE NO. 2:24-CR-00267 TLN<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME<br><br>DATE: February 20, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Attorney Mark Reichel, counsel for defendant Dontae Jerome Jones, Jr., Assistant Federal Defenders Megan T. Hopkins and Mia Crager, counsel for defendant Yasmin Charisse Millett[1], and Attorney Tasha Chalfant, counsel for defendant JoMya Mauriyne Futch that the status conference scheduled for February 20, 2025, be continued to **May 1, 2025, at 9:30 a.m.**

Defense counsel requires additional time to complete their review of discovery and investigation. The requested continuance will allow the time necessary for the defense to conduct their investigations and for the defendants to determine how best to proceed in this case. The government also plans to provide plea agreements to all defendants in the next couple of weeks. Defense counsel will need time

---

[1] Ms. Millett does not waive any argument made in the pending writ of mandamus to recuse the district judge. Ms. Millett continues to request the Court's recusal.

STIPULATION AND ORDER           1

to review the proposed plea agreement and discuss it with their clients. Additionally, as to Ms. Millett, there is a pending writ of mandamus in the Ninth Circuit that needs to be resolved prior to Millett's next appearance.

    Accordingly, the parties request that the status conference in this matter be reset for May 1, 2025. The parties agree that the ends of justice served by resetting the status conference date outweigh the best interest of the public and the defendant in a speedy trial. Therefore, the parties agree that time is excludable from February 20, 2025 through May 1, 2025, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

Respectfully submitted,

Dated: February 13, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ WHITNEE GOINS
WHITNEE GOINS
Assistant United States Attorney

/s/ MARK REICHEL
MARK REICHEL
Attorney for Defendant
DONTAE JEROME JONES, JR.

/s/ MEGAN T. HOPKINS
MEGAN T. HOPKINS
MIA CRAGER
Assistant Federal Defender
Attorneys for Defendant
YASMIN CHARISSE MILLETT

/s/ TASHA CHALFANT
TASHA CHALFANT
Attorney for Defendant
JOMYA MAURIYNE FUTCH

STIPULATION AND ORDER      2

# ORDER

**IT IS HEREBY ORDERED** that the status conference scheduled for February 20, 2025, at 9:30 a.m. is continued to **May 1, 2025, at 9:30 a.m.**  The time period between February 20, 2025 and May 1, 2025, is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(i) and (iv), as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Dated:  February 13, 2025

_____
Troy L. Nunley
Chief United States District Judge