KIMBERLY A. SANCHEZ
Acting United States Attorney
WHITNEE GOINS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONTAE JEROME JONES, JR., AND JOMYA MAURIYNE FUTCH,<br><br>Defendants. | CASE NO. 2:24-CR-00267 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: August 7, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Whitnee Goins, counsel for plaintiff, Attorney Mark Reichel, counsel for defendant Dontae Jerome Jones, Jr., and Attorney Tasha Chalfant, counsel for defendant JoMya Mauriyne Futch that the Judgment and Sentencing scheduled for August 7, 2025, be continued to **September 25, 2025, at 9:30 a.m.**

The parties request the continuance to allow time to finalize their objections to the Presentence Report. The parties have received the draft presentence report and need additional time to prepare for sentencing. The assigned probation officer is available on the newly requested date.

The parties agree to the following schedule: the Informal Objections to the Presentence Report are due August 28, 2025, Final Presentence Report is due September 4, 2025, Formal Objections are due

/ / /

STIPULATION AND ORDER TO CONTINUE
JUDGMENT AND SENTENCING

1

on September 11, 2025, Reply/Statement of Non-opposition is due on September 18, 2025, and the Judgment and Sentencing is set for September 25, 2025.

Respectfully submitted,

Dated: July 17, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ WHITNEE GOINS
WHITNEE GOINS
Assistant United States Attorney

/s/ MARK REICHEL
MARK REICHEL
Attorney for Defendant
DONTAE JEROME JONES, JR.

/s/ TASHA CHALFANT
TASHA CHALFANT
Attorney for Defendant
JOMYA MAURIYNE FUTCH

**O R D E R**

**IT IS HEREBY ORDERED** that the Judgment and Sentencing scheduled for August 7, 2025, at 9:30 a.m. is continued to **September 25, 2025, at 9:30 a.m.** The schedule of disclosure for PSR as to Dontae Jerome Jones, Jr. and JoMya Mauriyne Futch is as follows: the Informal Objections to the Presentence Report are due August 28, 2025, Final Presentence Report is due September 4, 2025, Formal Objections are due on September 11, 2025, and the Reply/Statement of Non-opposition is due on September 18, 2025.

Dated: July 21, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE
JUDGMENT AND SENTENCING

2