ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONTAE JEROME JONES, JR., AND JOMYA MAURIYNE FUTCH,<br><br>Defendants. | CASE NO. 2:24-CR-00267 TLN<br><br>STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING<br><br>DATE: October 2, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Nchekube Onyima, counsel for plaintiff, Attorney Mark Reichel, counsel for defendant Dontae Jerome Jones, Jr., and Attorney Tasha Chalfant, counsel for defendant JoMya Mauriyne Futch that the Judgment and Sentencing scheduled for October 2, 2025, be continued to **October 9, 2025, at 9:30 a.m.**

The September 25, 2025, Judgment and Sentencing was vacated and reset for October 2, 2025. Government's counsel assigned to this case is unavailable on October 2, 2025, due to a scheduling conflict. The assigned probation officer is available on the newly requested date.

The parties agree to the following schedule: the Informal Objections to the Presentence Report are due September 11, 2025, Final Presentence Report is due September 18, 2025, Formal Objections

are due on September 25, 2025, Reply/Statement on Non-opposition is due October 2, 2025, and the Judgment and Sentencing is set for October 9, 2025.

Respectfully submitted,

Dated:  August 15, 2025

ERIC GRANT
United States Attorney

/s/ NCHEKUBE ONYIMA
NCHEKUBE ONYIMA
Special Assistant United States Attorney

/s/ MARK REICHEL
MARK REICHEL
Attorney for Defendant
DONTAE JEROME JONES, JR.

/s/ TASHA CHALFANT
TASHA CHALFANT
Attorney for Defendant
JOMYA MAURIYNE FUTCH

# O R D E R

**IT IS HEREBY ORDERED** that the Judgment and Sentencing scheduled for October 2, 2025, at 9:30 a.m. is continued to **October 9, 2025, at 9:30 a.m.**  The schedule of disclosure for PSR as to Dontae Jerome Jones, Jr. and JoMya Mauriyne Futch is as follows: Informal Objections to the Presentence Report are due September 11, 2025, Final Presentence Report is due September 18, 2025, Formal Objections are due on September 25, 2025, Reply/Statement of Non-opposition is due on October 2, 2025, and the Judgment and Sentencing is set for October 9, 2025.

August 17, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE
JUDGMENT AND SENTENCING

2